158 A.3d 569

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARIE L. MUNN (A/K/A MARIE BOYD),
DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005295–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 569

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FREDERICK WINFRED ROBINSON (A/K/A KEVIN DAVIS, FREDDY W. ROBINSON, JAMIL, NEW YORK, FREDERICK ROBINSON, AND FREDRICK ROBINSON), DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001075–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.